# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| B. GRANT YARBER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CAPITAL BANK, CAPITAL BANK ) | **CIVIL JUDGMENT** |
| CORPORATION, and CAPITAL BANK ) | **CASE NO. 5:12-CV-71-D** |
| FINANCIAL CORP., ) | |
| ) | |
| Defendants. ) | |

**Decision by the Court:**

    IT IS ORDERED AND ADJUDGED that the Court GRANTS Defendants' Motion to Dismiss For Failure To State A Claim Upon Which Relief Can Be Granted [D.E. 12].

    **THE ABOVE JUDGMENT WAS ENTERED TODAY**, **MARCH 18, 2013** WITH A COPY TO:

William S. Mills (via CM/ECF Notice of Electronic Filing)
Stewart W. Fisher (via CM/ECF Notice of Electronic Filing)
Curtis J. Shipley (via CM/ECF Notice of Electronic Filing)
Paul K. Sun, Jr. (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| <u>March 18, 2013</u> | JULIE A. RICHARDS, Clerk |
| Date | Eastern District of North Carolina |
| | |
| | <u>/s/ Debby Sawyer               </u> |
| | (By) Deputy Clerk |
| Raleigh, North Carolina | |